# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JULIA TAPLIN, TODD NICHOLAS, ALISHIA GIBSON, IN HER OWN RIGHT AND ON BEHALF OF HER MINOR CHILD AMARI GIBSON, DEMETICA LAMONT TAPLIN, IN HIS OWN RIGHT AND ON BEHALF OF HIS MINOR CHILDREN DEVON TRUVILLION, DIAMOND TRUVILLION, K'RETHA TAPLIN, AND DAQUON TAPLIN

NO.  2026 CW 0578

VERSUS

THE CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE

**AUGUST 5, 2026**

---

In Re:   City of Baton Rouge/Parish of East Baton Rouge, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 712216.

---

BEFORE:   **PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** An application for supervisory writ not filed in the Court of Appeal within the time so fixed or extended shall not be considered, in the absence of a showing that the delay in filing was not due to the applicant's fault. See Rule 4-3, Uniform Rules of the Louisiana Courts of Appeal. This writ application appears to be untimely. Relator's notice of intent was filed on March 27, 2026, and the return date was signed setting the return date on or before April 24, 2026.  It appears the writ application was filed after the return date, unless an extension was timely obtained.

Supplementation of this writ application and/or an application of rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including documentation to show timeliness of this writ application, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before August 25, 2026, and must contain a copy of this ruling.

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT